**No. 10-7492. Margaret Jefferson, Petitioner v. Miller Brothers Ford, Inc., et al.**

563 U.S. 930, 131 S. Ct. 1846, 179 L. Ed. 2d 796, 2011 U.S. LEXIS 2605.

April 4, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1185, 131 S. Ct. 1010, 178 L. Ed. 2d 838, 2011 U.S. LEXIS 888.